IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELICOS BIOSCIENCES CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PACIFIC BIOSCIENCES OF CALIFORNIA, )<br>INC., )<br>)<br>Defendant. )<br>)<br>) | C.A. No. _____<br><br>**DEMAND FOR JURY TRIAL** |

## HELICOS BIOSCIENCES CORPORATION'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Helicos Biosciences Corporation, by its undersigned counsel, states as follows:

Parent Corporation: None.

Publicly-Held Companies Owning More Than 10% Of Corporation: None.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (#1014)
Derek J. Fahnestock (#4705)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
dfahnestock@mnat.com

*Attorneys for Helicos Biosciences Corporation*

OF COUNSEL:

Douglas M. Kline
Brian A. Fairchild
Sheryl Koval Garko
GOODWIN PROCTER LLP
53 State Street
Boston, MA  02109
(617) 570-1000

August 27, 2010