# Exhibit I



# Single Molecule Real-time DNA Sequencing on the Surface of a Quantum-dot Nanocrystal

Feb 27, 2010
AGBT Meeting, Marco Island FL

**Joseph M. Beechem**
Chief Technology Officer,
Head of Advanced Research,
Single Molecule Sequencing



# Life Technologies Single Molecule Sequencing System

**Portable nanometer-sized sequencing engine**

*That enables*

**Continuous long read lengths**

*And*

**High accuracy**



10 nm



2

# Single Molecule Sequencing on Surface of Quantum Dot Nanocrystal



(use movie-based introduction here, if possible)
File = Qdot_Single_Molecule_Sequencing_Introduction.mov



3

## FRET-Based Spectroscopic Approach: Superior to Physical Confinement



- = FRET-field

70 nm optical waveguide

50% FRET-field line

Distance (nm)

detection-field "tracks" with a moving polymerase



4

# FRET-Based Spectroscopic Approach: Superior to Physical Confinement




**Superior Confinement AND a New Sequencing Signal**



5

# FRET-Based Spectroscopic Approach: Superior to Physical Confinement




**Superior Confinement AND a New Sequencing Signal**



6

# FRET-Based Spectroscopic Approach: Enhanced Base Calling Accuracy





**Superior Confinement AND a New Sequencing Signal**

7

# New Qdot® Nanocrystals Designed Specifically for Single Molecule Sequencing



**CdSe**

**ZnS**



405 nm ex

- 100X absorbance of a good organic dye
- Quantum yield of emission = 1.0
- Very photostable
- ~ 200X fluorescence signal

In "class-of-its-own" vs other SMS fluorophores
(nothing else even close)

8



# New Qdot® Nanocrystals Designed Specifically for Single Molecule Sequencing



½ the size of our cell labeling reagents

**Double the FRET Efficiency**



~ 200X signal

**Together**

**Single Molecule Sequencing, but with MUCH larger signal levels**



9

# Leverage Best-in-Class Molecular Probes Dyes and Robust/Mature Big-Dye Chemistry



**Simplified instrumentation: Single-laser, all 4 bases sequenced, near-zero background in deep-red**

# Simple Single Laser Instrumentation With Simultaneous 5 Color Sequencing




11



# Donor Plus 4-Bases (5-colors) in 4-Channels



Movie File = Real_Time_Raw_Time_Series.avi



13

# From Raw Time Series to Base Calls…



14



# Base-Calling From Raw Time-Series…



**Movie File = Real_Time_Base_Calls.avi**



16

# Inactive Sequencers (✗) Can Limit Read Length



**Read-length = fundamental read length**

