# Portable Sequencers: Exchange & Continue Sequencing…



Exchange-in active sequencers

**Continuous read-length = # exchanges X fundamental read length**



18

# Multiple Rounds of Exchange Allow for Continuous Expansion of Reads



Movie File = Extended_Read_Length_Reagent_Exchange_Movie.avi

**Five cycles, no loss of signal, no gaps in sequence**



19

# Recursive Sequencing: Increase in Accuracy While Maintaining Read Length

Reading same unaltered genomic DNA template multiple times



**Unmodified genomic template, no circularization needed**



20

# Sequencing Identical Single Template (□), Multiple Times





21

# Recursive Sequencing Accuracy Gain (no insertion-deletions modeling)



For example, at 5% 1X error rate, 5X recursive seq = 99.9% accuracy



22

# Complementary Applications for Gen-2 and Gen-3 Life Technologies Sequencing

  

**SEQUENCE STRUCTURE**
– De novo sequencing
– Haplotype phasing (medical apps)
– RNA structure
– Structural variation
– Gene families & repeat regions

**SEQUENCE QUANTITATION**
– Gene expression
– Whole human sequencing
– Accurate heterozygote detection
– CHiP with sequencing
– miRNA sequencing

**Together**

## Comprehensive genome sequencing



23

# Life Technologies Single Molecule Sequencing System

**Portable** nanometer-sized sequencing engine

*That enables*

**Continuous long read lengths using active-sequencer exchange**

*And*

**"Tunable" high accuracy using recursive sequencing**





**Early-access Instruments and collaborations starting in Q4 2010
(come to Life Technologies suite Room 1106, for additional information)
Joe.Beechem@lifetech.com**



24

For Research Use Only. Not intended for any animal or human therapeutic or diagnostic use.

© 2010 Life Technologies Corporation. All rights reserved. The trademarks mentioned herein are the property of Life Technologies Corporation or their respective owners.



25

# Appendix



26

# Leveraging Best-in-Class Materials to Build a Nanometer-Sized DNA Sequencing Engine…



"Next-Generation" quantum-dot nanocrystal, designed exclusively for single molecule sequencing



New proprietary DNA polymerase, with single-point attachment to quantum-dot nanocrystal



Add primer-template DNA





Add Molecular-Probes dyes, plus big-dye linking chemistry to dNTP's, yielding real-time FRET SM sequencing signals

**Complete control over all components allows extremely rapid sequencing system development**



Portable, reagent-based sequencing engines



27

# SMS FRET (Gen-3) Sequencing Complements (Not Competes) with SOLiD™ System (Gen-2)

| Technology | Attributes | Performance |
|---|---|---|
| Single molecule sequencing | • Real time detection<br><br>• Single molecules | • Fast TIME TO RESULT<br>• Long READ LENGTH<br><br>• Easy SAMPLE PREP<br>• Less COVERAGE BIAS |
| SOLiD™ System sequencing | • Closely packed beads<br>• Synchronous detection<br><br>• 2-base encoding | • High THROUGHPUT<br><br>• High ACCURACY |



28





