IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HELICOS BIOSCIENCES CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 10-735-SLR |
| | ) | |
| PACIFIC BIOSCIENCES OF CALIFORNIA, INC., LIFE TECHNOLOGIES CORPORATION and ILLUMINA, INC. | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**MOTION AND ORDER**
**FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for admission *pro hac vice* of Polaphat Veravanich of Life Technologies Corporation, 5791 Van Allen Way, Carlsbad, CA 92008, to represent Defendant Life Technologies Corporation in this matter. In accordance with the Court's Standing Order for District Court Fund effective July 23, 2009, I certify that the annual fee of $25.00 per attorney, if not previously paid, will be submitted to the Clerk's Office upon the filing of this motion.

Dated: January 25, 2011

YOUNG CONAWAY STARGATT
 & TAYLOR, LLP

*/s/ Karen E. Keller*

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

*Attorneys for Defendant*
*Life Technologies Corporation*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Polaphat Veravanich is granted.

_____
UNITED STATES DISTRICT JUDGE

Date:_____

YCST01:10644618.1                                                                                                               068713.1004

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar(s) of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated:  January 25, 2011

_____
Polaphat Veravanich
Life Technologies
5791 Van Allen Way
Carlsbad, CA  92008
760-476-6245
Paul.Veravanich@lifetech.com

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on January 25, 2011, I caused to be electronically filed a copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Richard D. Kirk, Esquire
> Stephen B. Brauerman, Esquire
> Bayard, P.A.
> 222 Delaware Avenue
> Suite 900
> P.O. Box 25130
> Wilmington, DE 19899-5130
> *rkirk@bayardlaw.com*
> *sbrauerman@bayardlaw.com*
> Attorneys for Plaintiff Helicos Biosciences Corporation
>
> Richard L. Horwitz, Esquire
> David E. Moore, Esquire
> Potter Anderson & Corroon, LLP
> 1313 North Market Street
> P.O. Box 951
> Wilmington, DE 19899-0951
> *rhorwitz@potteranderson.com*
> *dmoore@potteranderson.com*
> Attorneys for Defendant Pacific Biosciences of California Inc.
>
> Steven J. Balick
> Ashby & Geddes
> 500 Delaware Avenue, 8th Floor
> P.O. Box 1150
> Wilmington, DE 19899
> (302) 654-1888
> *sbalick@ashby-geddes.com*
> Attorneys for Defendant Illumina Inc.

I further certify that on January 25, 2011, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel and on the following non-registered participants:

Douglas M. Kline, Esquire
Brian A. Fairchild, Esquire
Sheryl Koval Garko, Esquire
Goodwin Procter LLP
53 State Street
Boston, MA  02109
*dkline@goodwinprocter.com*
*bfairchild@goodwinprocter.com*
*sgarko@goodwinprocter.com*
Attorneys for Plaintiff Helicos Biosciences Corporation

Edward R. Reines, Esquire
Derek C. Walter, Esquire
Paul T. Ehrlich, Esquire
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
*edward.reines@weil.com*
*derek.walter@weil.com*
*paul.ehrlich@weil.com*
Attorneys for Defendant Pacific Biosciences of California Inc.

Jeffrey N. Costakos, Esquire
Rebecca Jan Pirozzolo-Mellowes
Foley & Lardner LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
*jcostakos@foley.com*
*jpirozzolo-mellowes@foley.com*
Attorneys for Defendant Illumina Inc.

        YOUNG CONAWAY STARGATT
         & TAYLOR, LLP

        */s/ Karen E. Keller*
        Karen E. Keller (No. 4489)
        The Brandywine Building
        1000 West Street
        Wilmington, Delaware  19801
        (302) 571-6600
        *kkeller@ycst.com*

        *Attorney for Plaintiffs*