# Exhibit L

**From:** Greene, Blake
**Sent:** Friday, April 29, 2011 3:09 PM
**To:** 'Walter, Derek'
**Cc:** PacBio Service; jcostakos@foley.com; paul.veravanich@lifetech.com; RPirozzolo-Mellowes@foley.com; Garko, Sheryl Koval
**Subject:** RE: Helicos v. PacBio, et al.: Protective Order

Derek,

This is unacceptable.  The defendants have been dragging their feet on the protective order for over two months now.  This has prejudicially delayed the production of documents in this litigation, and the normal progression of discovery.  It is clear now that PacBio's self-serving tactics have been orchestrated to delay discovery to buttress arguments in its motion to stay.

I first contacted you on Tuesday to propose times <u>this week</u> to discuss the protective order.  You were aware of your scheduling conflict with your firm retreat at that time, yet you did not respond to me until Thursday, when you were already at the retreat.  As a courtesy and per your request, we proposed alternative times to discuss the protective order on Monday, yet the defendants apparently need more time.  Indeed, there is no guarantee that defendants will be available next Wednesday or Thursday, as you surmise that these days "will hopefully work better" for the other defendants.  This is unduly prejudicial to Helicos, and we will not stand for defendants' delay tactics any longer.

We plan to call Judge Thynge by 3:00pm EDT on Tuesday, May 3, to schedule a teleconference on this issue unless the parties have met and conferred before then.  Please let us know by noon EDT on Monday, May 2, if and when defendants are available for that meet and confer.

Regards,
Blake

Blake B. Greene
**Goodwin Procter LLP**
Exchange Place
53 State Street
Boston, MA  02109
T: 617.570.3932
F: 617.523.1231
bgreene@goodwinprocter.com
www.goodwinprocter.com
Admitted only in California, practice supervised by principals of the firm

---

**From:** Walter, Derek [mailto:Derek.Walter@weil.com]
**Sent:** Friday, April 29, 2011 12:47 PM
**To:** Greene, Blake
**Cc:** PacBio Service; jcostakos@foley.com; paul.veravanich@lifetech.com; RPirozzolo-Mellowes@foley.com; Garko, Sheryl Koval
**Subject:** Re: Helicos v. PacBio, et al.: Protective Order

Blake:

As I explained, we are at a firm retreat this week. We will need the early part of next week to discuss a few outstanding issues with the other defendants. We suggest you propose some times on Wednesday and Thursday for a teleconference, which will hopefully work better for the other Defendants as well.

Derek

On Apr 29, 2011, at 9:04 AM, "Greene, Blake" <BGreene@goodwinprocter.com> wrote:

> Counsel,
>
> Please let us know your availability for a call on Monday, May 2, as outlined below to discuss the protective order by the close of business today. For our call, please be prepared to also discuss the use of search terms and document production format.
>
> Thank you.
>
> Regards,
> Blake
>
> Blake B. Greene
> **Goodwin Procter LLP**
> Exchange Place
> 53 State Street
> Boston, MA  02109
> T: 617.570.3932
> F: 617.523.1231
> bgreene@goodwinprocter.com
> www.goodwinprocter.com
> Admitted only in California, practice supervised by principals of the firm
>
> ---
>
> **From:** Greene, Blake
> **Sent:** Thursday, April 28, 2011 3:20 PM
> **To:** 'Walter, Derek'
> **Cc:** PacBio Service; 'Costakos, Jeffrey N.'; 'Veravanich, Paul'; 'RPirozzolo-Mellowes@foley.com'; Garko, Sheryl Koval
> **Subject:** RE: Helicos v. PacBio, et al.: Protective Order
>
> Derek,
>
> We would like to discuss the protective order as early as possible given the already lengthy delay. We propose a teleconference for Monday, May 2. We are available any time after noon EDT. If the Defendants are unavailable on Monday, please propose the next earliest times during which all the Defendants are available.
>
> Thanks,
> Blake
>
> Blake B. Greene

**Goodwin Procter LLP**
Exchange Place
53 State Street
Boston, MA  02109
T: 617.570.3932
F: 617.523.1231
bgreene@goodwinprocter.com
www.goodwinprocter.com
Admitted only in California, practice supervised by principals of the firm

---

**From:** Walter, Derek [mailto:Derek.Walter@weil.com]
**Sent:** Thursday, April 28, 2011 12:53 PM
**To:** Greene, Blake
**Cc:** PacBio Service
**Subject:** RE: Helicos v. PacBio, et al.: Protective Order

Blake:

We are out of the office today and tomorrow at a firm retreat and can't participate in a teleconference during the times you suggest.  However, to give you a brief status update, the Defendants are working to prepare a revised draft.  Could you please propose to the Defendants some times for a teleconference next week, at which point we should have more information?

Thanks,

Derek

---

**From:** Greene, Blake [mailto:BGreene@goodwinprocter.com]
**Sent:** Thursday, April 28, 2011 5:32 AM
**To:** PacBio Service; jcostakos@foley.com; Pirozzolo-Mellowes, Rebecca J. (Jan); paul.veravanich@lifetech.com
**Cc:** Garko, Sheryl Koval
**Subject:** RE: Helicos v. PacBio, et al.: Protective Order

Counsel,

We have not yet received a response from any of you regarding the email below.  Please let us know whether you are available to discuss the protective order today (Thursday) at 1:30pm EDT.  If you are not available at that time, please propose alternative times as indicated below.

Thank you.

Regards,
Blake

Blake B. Greene
**Goodwin Procter LLP**
Exchange Place

53 State Street
Boston, MA  02109
T: 617.570.3932
F: 617.523.1231
bgreene@goodwinprocter.com
www.goodwinprocter.com
Admitted only in California, practice supervised by principals of the firm

_____

**From:** Greene, Blake
**Sent:** Tuesday, April 26, 2011 4:30 PM
**To:** PacBio Service; Costakos, Jeffrey N.; 'Pirozzolo-Mellowes, Rebecca J. (Jan)'; 'Veravanich, Paul'
**Cc:** Garko, Sheryl Koval
**Subject:** Helicos v. PacBio, et al.: Protective Order

Counsel,

It has now been two months since we sent a draft protective order for your review, and we have yet to receive your comments.  We would like to discuss the protective order on Thursday, April 28th, at 1:30pm EDT.  If you are not available at that time, please let us know your availability during any of the following times:

Thursday, April 28th: after 1:30pm EDT
Friday, April 29th: between 12:00pm and 1:00pm EDT; after 4:00pm EDT

Regards,
Blake

Blake B. Greene
**Goodwin Procter LLP**
Exchange Place
53 State Street
Boston, MA  02109
T: 617.570.3932
F: 617.523.1231
bgreene@goodwinprocter.com
www.goodwinprocter.com
Admitted only in California, practice supervised by principals of the firm

*******************************************************************

**IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.**

*******************************************************************
*******************************************************************

**This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email (postmaster@weil.com), and destroy the original message. Thank you.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email (postmaster@weil.com), and destroy the original message. Thank you.