# Exhibit O

# United States Court of Appeals for the Federal Circuit

Median Time to Disposition in Cases Terminated After Hearing or Submission[1]

Docketing Date[2] to Disposition Date, in Months

|  | FY 01 | FY 02 | FY 03 | FY 04 | FY 05 | FY 06 | FY 07 | FY 08 | FY 09 | FY 10 | Overall Median per Origin |
|---|---|---|---|---|---|---|---|---|---|---|---|
| District Court | 13.3 | 12.3 | 11.3 | 11.7 | 11.6 | 11.5 | 11.6 | 11.0 | 11.0 | 11.0 | 11.7 |
| Court of Federal Claims | 12.0 | 11.4 | 9.8 | 11.0 | 11.2 | 10.0 | 10.0 | 9.2 | 10.3 | 10.0 | 10.6 |
| Court of International Trade | 14.5 | 14.7 | 11.2 | 12.0 | 11.5 | 11.7 | 11.9 | 12.4 | 11.5 | 11.0 | 12.0 |
| Court of Appeals Veterans Claims | 11.3 | 12.9 | 10.6 | 10.0 | 9.9 | 8.4 | 8.4 | 8.0 | 9.3 | 9.3 | 9.6 |
| Board of Contract Appeals | 12.0 | 11.3 | 12.6 | 9.7 | 10.5 | 11.7 | 10.4 | 9.6 | 11.9 | 8.8 | 11.3 |
| Department of Veterans Affairs | 19.9 | 11.1 | 13.8 | n/a | 14.4 | 13.7 | 11.3 | 4.8 | 18.9 | n/a | 13.8 |
| Department of Justice | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | 8.9 | 8.9 | 8.9 |
| International Trade Commission | 6.8 | n/a | 17.1 | 16.0 | 16.4 | 15.6 | 13.6 | 14.4 | 14.4 | 14.8 | 14.8 |
| Merit Systems Protection Board | 7.5 | 7.2 | 7.6 | 6.9 | 7.5 | 6.5 | 6.4 | 5.8 | 6.5 | 6.1 | 6.8 |
| Office of Compliance | 10.2 | n/a | 19.6 | 10.1 | 13.3 | 14.0 | n/a | 19.0 | n/a | 13.0 | 13.5 |
| Patent and Trademark Office | 10.6 | 10.7 | 9.5 | 9.6 | 10.3 | 10.0 | 9.6 | 8.9 | 9.3 | 8.2 | 9.6 |
| **Overall Median per Fiscal Year** | 11.2 | 10.5 | 9.6 | 10.0 | 9.9 | 9.3 | 9.1 | 9.0 | 9.3 | 9.3 | |

[1]  Excludes cross and consolidated appeals, writs, and OPM petitions
[2]  Calculated from Date of Docketing or Date of Reinstatement, whichever is later